UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EARL GOODWINE,                                                        SCHEDULING ORDER
                                    Plaintiff,

            - against -                                              12-CV-3882 (TLM) (JO)
NATIONAL RAILROAD
PASSENGER CORPORATION, et al.,
                                    Defendants.
-----------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

        The parties shall appear before me for a discovery planning conference on June 21, 2013, at

10:00 a.m. in courtroom 11D South of the United States Courthouse, 225 Cadman Plaza East,

Brooklyn, New York.

        No later than June 18, 2013, each party shall file a letter on the docket listing each specific

discovery item that the party believes an opposing party has failed to produce despite an obligation

to do so. The letter should not include any argument, but only a list of the items at issue.

        I respectfully direct the defendants' counsel to promptly provide a copy of this order to the

plaintiff.

        SO ORDERED.

Dated:  Brooklyn, New York
        June 6, 2013

                                                            _____/s/_____
                                                            JAMES ORENSTEIN
                                                            U.S. Magistrate Judge