UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
Earl Goodwine,

                                       Plaintiff,       **ORDER**
     -against-

                                                           Case No. 12-cv-3882 (TLM)

National RailRoad Passenger Corp., et al.,

                                       Defendants
-------------------------------------------------------------- X

        Noting the lack of objections, the Court adopts the June 21, 2013 Report and Recommendation of the Honorable James Orenstein, United States Magistrate Judge and denies the motion to dismiss for lack of prosecution.

        **SO ORDERED.**

                                                           _____
                                                           Tucker L. Melançon
                                                           United States District Judge

July 19, 2013
Brooklyn, NY