UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EARL GOODWINE,                                    ORDER CERTIFYING
                      Plaintiff,                        DISCOVERY IS COMPLETE
            - against -
NATIONAL RAILROAD                       12-CV-3882 (TLM) (JO)
PASSENGER CORPORATION, et al.,
                      Defendants.
-----------------------------------------------------------X

James Orenstein, Magistrate Judge:

      Discovery is closed, with the exception of certain tasks noted on the record that will be completed by August 16, 2013. *See* docket entry 106. I therefore deem the action to be ready for trial, on a date to be set by the Honorable Tucker L. Melançon, United States District Judge, without prejudice to any anticipated motion for dispositive relief.

      SO ORDERED.

Dated: Brooklyn, New York
       August 1, 2013

                                                                      _____/s/_____
                                                                      JAMES ORENSTEIN
                                                                      U.S. Magistrate Judge