UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
Earl Goodwine,

                                Plaintiff,        **ORDER**

     -against-

                                                    Case No. 12-cv-3882 (TLM)

National RailRoad Passenger Corp., et al.,

                                Defendants
-------------------------------------------------------------- X

       For the reasons stated during the status conference conducted this date [Rec. Doc. 120], it is

       **ORDERED** that, noting the lack of objections by plaintiff, the Court adopts the July 25, 2013 Report and Recommendation of the Honorable James Orenstein, United States Magistrate Judge [Rec. Doc. 102] and denies plaintiff's motions for summary judgment and default judgment [Rec. Docs. 91, 65].

       **SO ORDERED.**

                                                            _____
                                                            Tucker L. Melançon
                                                            United States District Judge

August 14, 2013
Brooklyn, NY