UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EARL GOODWINE,                                              ORDER

                Plaintiff,

      - against -                                         12-CV-3882

NATIONAL RAILROAD,
PASSENGER CORPORATION, et al.,

                Defendants.
-----------------------------------------------------------X

JACK B. WEINSTEIN, Senior United States District Judge:

      Plaintiff's letter, filed December 27, 2013, is respectfully referred to Magistrate Judge James Orenstein for reply. The case is no longer assigned to me.

      SO ORDERED.

Dated: Brooklyn, New York
       December 30, 2013

                                                    Jack B. Weinstein
                                                    Senior United States District Judge