*12- 3882*

Hon Tucker  Hon Ornstein

Cc HON Carol Bagley Amon Chief Judge

so someone else is aware when this comes up in the future that I made all attempts

CC FBI

Emergency motion and relief



RECEIVED
JUL 23 2014
PRO SE OFFICE

I again ask the case be postpone this trail as you never answer my motion to show U.S. Magistrate Judge REPORT AND, RECOMMENDATION to Judge Weinstein ,yet I address this various times , it is unlawful, thus Magistrate deny over my motion holds no power   from what I understand furthermore any ruling made without Judge Weinstein is against the law , you being  judges need to enforce that rule , Failure to check that out  is Fraud upon the court as it is unethical. I know you have immunity but I don't think your immune to  failure to uphold the law if you are made aware of this issue , and failure to check it out is a failure to do your job , furthermore it is a crime . How can we move forward on fraud and not check , it hinder every future movement and is an obstruction of justice .  Mr Robert is just as wrong because as a lawyer he also is to enforce  ethical practices and report anyone that breaks the law  thus making movement on fraud to advance his case is  unethical and he was made aware of this before you ( that entitle a summary judgment by Default ) Yet I ask why do you feel you have to prove anything to me or response to those motion is  irrational

2nd oddly my benefit stop and they claim I must come in this week , without that I don't know how I will make it to court ,   beside the fact that I don't  even think  I  can whether riding the train and bus  for all hose days  2 hours each way   total of 4 hours a day  it hard on my body , you have medical support of that now . just coming in for a hearing take a lot , yet in this same motion deny(from 2012 I asked for transportation ) for  I know this  would be too much for me to bare because on my injuries . let us not forget the mail fraud and how they move this case to Brooklyn without me even having a chance to  fight that move , yet you Drop Amtrak , unconstitutionally furthermore Amtrak is not a government company and that move was built on lies , favors and shady people

Furthermore I have a big fear on riding the bus and train  during trial for I am a  possible threat If these cops are  found guilty which I believe they will they can get indicted criminally ,yet you as a judge should have recommend criminal charges (I unstand you have  the power to do so , if true and you neglect to do so ( I have no fair in going to trail to seek justice let be clear )

In our last hearing you say you took down the letter that I sent you offline thank you

But oddly why would  you sit there and read it to be enter into court record   , it the same thing right  , and what was the reason for me coming in if the lawyer stating in for Robert was not going to reply it defeated the entire reason ,thus you act as if you're the lawyer ,(one a person note when he saying that  Robert on vac with his 6 year old son , you think I had any vac or help etc it belittling

last I only started missing deadline  because I am overwhelmed and depresses and You can look this up my library been close for several months , that were I did my research and printing one

And let not forget my Email account was hack and you can call AOL I have not been able to open that for 4 months till this date , And you were aware of this this why I call to get my things mail

Yet what if Amtrak has a hand in this , has the court even check

Last I like to say until you check for these deny motion everything that happen only exposes my case  , to the point I should win by default , because of breach of failure to uphold my constitutional rights and failure to enforce the law

You need to investigate before making action

What your Rush Hon  all I at least ask will that you look for that report to Hon  Weinstein and if it not their which I know it not DO THE RIGHT THING

7/18/14

EARL Occhione
249-49 148th
Rosedale 11422



RECEIVED
JUL 23 2014
PRO SE OFFICE

NEW YORK NY 100
21 JUL 2014  PM 12 L



United States District Cou
Eastern District of New York
225 CADman Plaza East
Brooklyn NY 11201

1120118180l